UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ECLIPSE RESOURCES – OHIO, LLC
    Plaintiff,

v.

GEORGE DUDICH, et al.,
    Defendants.

Case No. 2:14-cv-849
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

AND NOW, this 14th day of August, 2014, after consideration of Plaintiff Eclipse Resources – Ohio, LLC's Amended Motion for Preliminary Injunction, which is uncontested, it is hereby **ORDERED** that said Motion is **GRANTED**, doc. 18.

IT IS FURTHER **ORDERED** that:

    1. Unless there is a final, non-appealable determination that the oil and gas lease at issue in this matter is not valid, then the primary term of that lease shall be tolled and shall not expire during the pendency of this matter or any appeal arising therefrom;

    2. Additionally, unless there is a final, non-appealable determination that the lease at issue in this matter is not valid, then the primary term of that oil and gas lease shall extend for an additional 134 days from the date of this case's final disposition, including any and all appeals thereof;

    3. The Plaintiff shall not be required to post any bond with regard to this Order;

    4. Nothing in this Order shall preclude Eclipse from seeking additional injunctive relief in these proceedings.

5. Nothing in this Order shall preclude the Defendants from challenging the validity of the oil and gas lease at issue in these proceedings.

6. The preliminary injunction hearing previously scheduled for August 15, 2014 is **CANCELLED as moot**, and the Plaintiff's original motion for preliminary injunction is **DENIED as moot**, doc. 2.

**IT IS SO ORDERED.**

8-14-2014
**DATE**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**